UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :    **ORDER**

      -v.-                          :    15 Mag. 1771

LIN MIAO,
YONG JASON LEE,                       :
   a/k/a "Jason Lee,"
MICHAEL PEARSE,                       :
YONGCHAO LIU,
   a/k/a "Kevin Liu,"                 :
MICHAEL PAJACZKOWSKI,
   a/k/a "Paj," and                   :
CHRISTOPHER GOFF,
                                      :
      Defendants.
- - - - - - - - - - - - - - - - x

      Upon the application of the United States, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorneys Christian R. Everdell and Sarah E. Paul;

      It is found that the Complaint in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Complaint unsealed, it is therefore

      ORDERED that the Complaint in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
      May 28, 2015

                                    THE HONORABLE JAMES C. FRANCIS IV
                                    UNITED STATE MAGISTRATE JUDGE
                                    SOUTHERN DISTRICT OF NEW YORK