

Activity in Case 2:15-mj-00999-DUTY USA v. Lee Notice to Receiving District of Criminal Case Transfer
cacd_ecfmail
to:
ecfnef
06/02/2015 06:30 PM
Hide Details
From: cacd_ecfmail@cacd.uscourts.gov

To: ecfnef@cacd.uscourts.gov

15 MAG 1771

DOC # 11



U.S. DISTRICT COURT FILED JUN 03 2015 D.S. S.D. OF N.Y.

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered on 6/2/2015 at 3:29 PM PDT and filed on 6/2/2015
**Case Name:** USA v. Lee
**Case Number:** 2:15-mj-00999-DUTY
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Notice to Southern District of New York of a Rule 5 Initial Appearance as to Defendant Jason Yonguk Lee. Your case number is: 15MAG1771. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: [4] Initial Appearance - Arrest on Out of District**

**Warrant - Rule 5(c)(3) (fka Rule 40). If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (ja)**

**2:15-mj-00999-DUTY-1 Notice has been electronically mailed to:**

US Attorney's Office    USACAC.Criminal@usdoj.gov

Antonio F Yoon    antonioyoon@att.net

**2:15-mj-00999-DUTY-1 Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

CLOSED

# UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
# CRIMINAL DOCKET FOR CASE #: 2:15-mj-00999-DUTY All Defendants

Case title: USA v. Lee

Date Filed: 05/28/2015
Date Terminated: 05/28/2015

Assigned to: Duty Magistrate Judge

### Defendant (1)

**Jason Yonguk Lee**
*TERMINATED: 05/28/2015*
*also known as*
Yong Jason Lee
*TERMINATED: 05/28/2015*

represented by **Antonio F Yoon**
Antonio F Yoon Law Offices
14241 East Firestone Boulevard Suite 400
La Mirada, CA 90638
2137499882
Fax: 619-754-6886
Email: antonioyoon@att.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

### Pending Counts
None

### Disposition

### Highest Offense Level (Opening)
None

### Terminated Counts
None

### Disposition

### Highest Offense Level (Terminated)
None

### Complaints
Defendant in violation of 18:1349;1956(h)

### Disposition

### Plaintiff

| | | |
|---|---|---|
| **USA** | | represented by **US Attorney's Office**<br>AUSA - Office of US Attorney<br>Criminal Div - US Courthouse<br>312 N Spring St, 12th Floor<br>Los Angeles, CA 90012-4700<br>213-894-2434<br>Email: USACAC.Criminal@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/28/2015 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Yong Jason Lee, originating in the Southern District of New York. Defendant charged in violation of: 18:1349;1956(h). Signed by agent Nicholas Christos, IRS-CI, Special Agent. (ja) (Entered: 06/02/2015) |
| 05/28/2015 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Yong Jason Lee; defendant's Year of Birth: 1979; date of arrest: 5/28/2015 (ja) (Entered: 06/02/2015) |
| 05/28/2015 | 3 | Defendant Yong Jason Lee arrested on warrant issued by the USDC Southern District of New York at New York. (Attachments: # 1 Charging Document)(ja) (Entered: 06/02/2015) |
| 05/28/2015 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Carla Woehrle as to Defendant Yong Jason Lee Defendant arraigned and states true name is Jason Yonguk Lee. Attorney: Antonio F Yoon for Yong Jason Lee, Special Appearance for the proceedings in this court, present. Defendant will contribute $500 a month for appointed counsel. Court orders bail set as: Yong Jason Lee (1) $150,000 Appearance Bond, SEE ATTACHED BOND FOR TERMS AND CONDITIONS. Government's move to UNSEAL case is GRANTED. Court orders defendant held to answer to Southern District of New York. Bond to Transfer. Defendant ordered to report on June 15, 2015. Court Reporter: Carol J. Zurborg. (ja) (Entered: 06/02/2015) |
| 05/28/2015 | 6 | FINANCIAL AFFIDAVIT filed as to Defendant Jason Yonguk Lee. (Not for Public View pursuant to the E-Government Act of 2002) (ja) (Entered: 06/02/2015) |
| 05/28/2015 | 7 | WAIVER OF RIGHTS approved by Magistrate Judge Carla Woehrle as to Defendant Jason Yonguk Lee. (ja) (Entered: 06/02/2015) |
| 05/29/2015 | 5 | ORDER FOR CONTRIBUTION TOWARD ATTORNEYS FEES by Magistrate Judge Carla Woehrle as to Jason Yonguk Lee. Funds in the amount of $500.00 per month to commence on May 28, 2015 and to continue until final disposition of this case, shall be paid by the defendant to the Clerks Office. (ja) (Entered: 06/02/2015) |
| 06/02/2015 | | Notice to Southern District of New York of a Rule 5 Initial Appearance as to Defendant Jason Yonguk Lee. Your case number is: 15MAG1771. The clerk will |

transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 4 Initial Appearance - Arrest on Out of District Warrant - Rule 5(c)(3) (fka Rule 40). If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (ja) (Entered: 06/02/2015)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/03/2015 07:08:56 | | | |
| PACER Login: | us5070:2654438:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:15-mj-00999-DUTY End date: 6/3/2015 |
| Billable Pages: | 2 | Cost: | 0.20 |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, Plaintiff, vs. Yong Jason Lee Defendant. | Western Division<br>Case Number: 2:15-MJ-00999<br>Initial App. Date: 05/28/2015<br>Initial App. Time: 2:00 PM<br><br>Date Filed: 05/28/2015<br>Violation: 18 USC 1349; 1956(h)<br><br>~~CourtSmart~~/ Reporter: Carol Zurborg | UNDER SEAL<br>Out of District Affidavit<br>Custody |
|---|---|---|
| **PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Carla Woehrle** | **CALENDAR/PROCEEDINGS SHEET**<br>**LOCAL/OUT-OF-DISTRICT CASE** | |

**PRESENT:** Krause, Marc         Julian Andres         None
_Deputy Clerk_         _Assistant U.S. Attorney_         _Interpreter/Language_

☐ INITIAL APPEARANCE NOT HELD - CONTINUED
☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
   ☐ preliminary hearing OR ☒ removal hearing / Rule 20.
☒ Defendant states true name ☐ is as charged ☒ is __Jason Yongoli Lee__
☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
☒ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered SEALED.
☒ Attorney: Antonio Francisco Yoon, Panel ☒ Appointed ☐ Prev. Appointed ☒ Poss. Contribution (see separate order) **Just for proceedings in this court. Defendant will contribute $500 a month for appointed counsel (see other)**
   ☐ Special appearance by: _____
☐ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
☐ Defendant is ordered: ☐ Permanently Detained ☐ Temporarily Detained (see separate order).
☒ BAIL FIXED AT $ __150,000__ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☒ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☒ GRANTED ☐ DENIED
☐ Preliminary Hearing waived.

☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
☐ PO/PSA WARRANT ☐ Counsel are directed to contact the clerk for
   District Judge _____ for the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 4:30 PM _____
☐ PIA set for: _____ at 1:00PM in LA; at 9:30 AM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☒ Defendant executed Waiver of Rights. ☐ Process received.
☒ Court ORDERS defendant Held to Answer to __Southern__ District of __New York__
   ☒ Bond to transfer, if bail is posted. Defendant to report on or before ~~August~~ June 15, 2015, **Report to PSA in charging District**
   ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
   ☐ Warrant of removal and final commitment are ordered stayed until _____
☐ Case continued to (Date) _____ (Time) _____ AM / PM
   Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
   Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____
☐ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☒ RELEASE ORDER NO: __37009__
☒ Other: **Appointment of counsel to be revisited in Charging District**

☒ PSA ☐ USPO     ☒ FINANCIAL     ☒ READY
                                   Deputy Clerk Initials __MK__
                                   : __15__

M-5 (10/13)         CALENDAR/PROCEEDING SHEET - LOCAL/OUT-OF-DISTRICT CASE         Page 1 of 1

5/28/2015

# UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

Case Name: United States of America v. __Jason Yongok Lee__    Case No. __15mj00999__

☒ Defendant    ☐ Material Witness

Violation of Title and Section: __18 USC 1349__

☐ Summons   ☒ Out of District   ☐ Under Seal   ☐ Modified Date: _____

| | | |
|---|---|---|
| ☐ Personal Recognizance (*Signature Only*) | ☒ Affidavit of Surety With Justification (*Form CR-3*) Signed by: $50,000 signed by wife ~~Yong Ho Lee~~ Ji Hye Lee | Release No. __37009__ |
| ☐ Unsecured Appearance Bond $_____ | ☒ With Full Deeding of Property 850 N. Hudson Ave Apt 204, Los Angeles CA 90038 ★ Due June 11, 2015 Close of business | ☐ Release to Pretrial ONLY ☐ Release to Probation ONLY ☒ Forthwith Release __with the CR-4 by Yong Ho Lee__ |
| ☒ Appearance Bond $__150,000__ | | ☒ All Conditions of Bond ~~(Except Clearing Warrants Condition)~~ Must be Met and Posted by: __June 11, 2015 close of business for Deeding of property__ |
| ☐ Cash Deposit (*Amount or %*) | | |
| ☒ Affidavit of Surety Without Justification (*Form CR-4*) Signed by: $__100,000__ Brother, Yong Ho Lee | ☐ Collateral Bond in the Amount of (*Cash or Negotiable Securities*): $_____ | ☐ Third-Party Custody Affidavit (*Form CR-31*) |
| | ☐ Corporate Surety Bond in the Amount of: $_____ | ☒ Bail Fixed by Court: __CW__ / __ML__ (Judge / Clerk's Initials) |

## PRECONDITIONS TO RELEASE

☐ The government has requested a Nebbia hearing under 18 U.S.C. § 3142(g)(4).

☐ The Court has ordered a Nebbia hearing under § 3142 (g)(4).

☐ The Nebbia hearing is set for _____ at _____ ☐ a.m. ☐ p.m.

## ADDITIONAL CONDITIONS OF RELEASE

In addition to the GENERAL CONDITIONS of RELEASE, the following conditions of release are imposed upon you:

☒ Submit to:   ☒ Pretrial Services Agency (PSA) supervision as directed by PSA;   ☐ Probation (USPO) supervision as directed by USPO. (*The agency indicated above, PSA or USPO, will be referred to below as "Supervising Agency."*)

☒ Surrender all passports and travel documents to Supervising Agency no later than _____, sign a Declaration re Passport and Other Travel Documents (*Form CR-37*), and do not apply for a passport or other travel document during the pendency of this case.

☒ Travel is restricted to __Central District of California, Southern and Eastern District of New York__ unless prior permission is granted by Supervising Agency to travel to a specific other location. Court permission is required for international travel.

☐ Reside as approved by Supervising Agency and do not relocate without prior permission from Supervising Agency.

☐ Maintain or actively seek employment and provide proof to Supervising Agency.   ☐ Employment to be approved by Supervising Agency.

☐ Maintain or begin an educational program and provide proof to Supervising Agency.

Defendant's Initials: __JL__   Date: __5/28/15__

CR-1 (05/15)    CENTRAL DISTRICT OF CALIFORNIA RELEASE ORDER AND BOND FORM    PAGE 1 OF 4

Case Name: United States of America v. Jason Yongjun Lee   Case No. 15mj00999

☒ Defendant   ☐ Material Witness

☒ Avoid all contact, directly or indirectly (including by any electronic means), with any person who is a known victim or witness in the subject investigation or prosecution, ☐ including but not limited to _____ ; ☒ except w/ counsel.

☐ Avoid all contact, directly or indirectly (including by any electronic means), with any known codefendants except in the presence of counsel. Notwithstanding this provision, you may contact the following codefendants without your counsel present: _____

☐ Do not possess any firearms, ammunition, destructive devices, or other dangerous weapons. ☐ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Do not use or possess any identification, mail matter, access device, or any identification-related material other than in your own legal or true name without prior permission from Supervising Agency. ☐ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Do not engage in telemarketing.

☐ Do not sell, transfer, or give away any asset valued at $ _____ or more without notifying and obtaining permission from the Court, except _____ .

☐ Do not engage in tax preparation for others.

☐ Do not use alcohol.

☐ Participate in the electronic remote alcohol monitoring program as directed by Supervising Agency and abide by all the rules and requirements of the program. You must pay all or part of the costs for treatment based upon your ability to pay as determined by Supervising Agency.

☐ Do not use or possess illegal drugs or state-authorized medical marijuana, and do not use any synthetic substance for purposes of intoxication. ☐ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Submit to: ☐ drug and/or ☐ alcohol testing. If directed to do so, participate in outpatient treatment approved by Supervising Agency. You must pay all or part of the costs for testing and treatment based upon your ability to pay as determined by Supervising Agency.

☐ Participate in residential ☐ drug and/or ☐ alcohol treatment as directed by Supervising Agency. You must pay all or part of the costs of treatment based upon your ability to pay as determined by Supervising Agency. ☐ Release to PSA only ☐ Release to USPO only

☐ Submit to a mental health evaluation. If directed to do so, participate in mental health counseling and/or treatment approved by Supervising Agency. You must pay all or part of the costs based upon your ability to pay as determined by Supervising Agency.

☐ Participate in the Location Monitoring Program and abide by all of the requirements of the program, under the direction of Supervising Agency, which ☐ will or ☐ will not include a location monitoring bracelet. You must pay all or part of the costs of the program based upon your ability to pay as determined by Supervising Agency. You must be financially responsible for any lost or damaged equipment.

☐ Location monitoring only - no residential restrictions;

-or-

☐ You are restricted to your residence every day:

☐ from _____ ☐ a.m. ☐ p.m. to _____ ☐ a.m. ☐ p.m.
☐ as directed by Supervising Agency;

-or-

☐ You are restricted to your residence at all times except for medical needs or treatment, attorney visits, court appearances, and _____ , all of which must be preapproved by Supervising Agency;

☐ Release to PSA only   ☐ Release to USPO only   Defendant's Initials: JL   Date: 5/28/15

Case Name: United States of America v. Jacob Wingold Lee   Case No.: 15mj00999

☒ Defendant   ☐ Material Witness

☐ You are placed in the third-party custody (*Form CR-31*) of _____.

☐ Clear outstanding ☐ warrants or ☐ DMV and traffic violations and provide proof to Supervising Agency within ____ days of release from custody.

☐ Do not possess or have access to, in the home, the workplace, or any other location, any device that offers internet access except as approved by Supervising Agency. ☐ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Do not associate or have verbal, written, telephonic, electronic, or any other communication with any person who is less than the age of 18 except in the presence of a parent or legal guardian of the minor.

☐ Do not loiter or be found within 100 feet of any schoolyard, park, playground, arcade, or other place primarily used by children under the age of 18.

☐ Do not be employed by, affiliated with, own, control, or otherwise participate directly or indirectly in the operation of any daycare facility, school, or other organization dealing with the care, custody, or control of children under the age of 18.

☐ Do not view or possess child pornography or child erotica. ☐ In order to determine compliance, you agree to submit to a search of your person and/or property, including computer hardware and software, by Supervising Agency in conjunction with the U.S. Marshal.

☐ Other conditions:

_____
_____
_____
_____
_____
_____

## GENERAL CONDITIONS OF RELEASE

I will appear in person in accordance with any and all directions and orders relating to my appearance in the above entitled matter as may be given or issued by the Court or any judicial officer thereof, in that Court or before any Magistrate Judge thereof, or in any other United States District Court to which I may be removed or to which the case may be transferred.

I will abide by any judgment entered in this matter by surrendering myself to serve any sentence imposed and will obey any order or direction in connection with such judgment as the Court may prescribe.

I will immediately inform my counsel of any change in my contact information, including my residence address and telephone number, so that I may be reached at all times.

I will not commit a federal, state, or local crime during the period of release.

I will not intimidate any witness, juror, or officer of the court or obstruct the criminal investigation in this case. Additionally, I will not tamper with, harass, or retaliate against any alleged witness, victim, or informant in this case. I understand that if I do so, I may be subject to further prosecution under the applicable statutes.

I will cooperate in the collection of a DNA sample under 42 U.S.C. § 14135a.

Defendant's Initials: JL   Date: 5/22/15

Case Name: United States of America v. Jason Yongeuk Lee   Case No. 15mj00999

☒ Defendant   ☐ Material Witness

## ACKNOWLEDGMENT OF DEFENDANT/MATERIAL WITNESS

As a condition of my release on this bond, pursuant to Title 18 of the United States Code, I have read or have had interpreted to me and understand the general conditions of release, the preconditions, and the additional conditions of release and agree to comply with all conditions of release imposed on me and to be bound by the provisions of Local Criminal Rule 46-6.

Furthermore, it is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which will continue in full force and effect until such time as duly exonerated.

I understand that violation of any of the general and/or additional conditions of release of this bond may result in a revocation of release, an order of detention, and a new prosecution for an additional offense which could result in a term of imprisonment and/or fine.

I further understand that if I fail to obey and perform any of the general and/or additional conditions of release of this bond, this bond may be forfeited to the United States of America. If said forfeiture is not set aside, judgment may be summarily entered in this Court against me and each surety, jointly and severally, for the bond amount, together with interest and costs. Execution of the judgment may be issued or payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States, and any cash or real or personal property or the collateral previously posted in connection with this bond may be forfeited.

_5/28/15_   [signature]   _213 726-3707_
Date   Defendant / Material Witness' Signature   Telephone Number

_Los Angeles, CA_
City and State (DO NOT INCLUDE ZIP CODE)

☐ Check if interpreter is used: I have interpreted into the _____ language this entire form and have been told by the defendant that he or she understands all of it.

_____   _____
Interpreter's Signature   Date

Approved: _____   _____
United States District Judge / Magistrate Judge   Date

If cash deposited: Receipt # _____ for $ _____

(This bond may require surety agreements and affidavits pursuant to Local Criminal Rule 46.)

Defendant's Initials: _JL_   Date: _5/28/15_

**UNDER SEAL**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA **15-0999M**

| UNITED STATES OF AMERICA V. | PLAINTIFF | CASE NUMBER: 15 MAG 1771 |
|---|---|---|
| Yong Jason Lee, aka "Jason Lee" | DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 5/28/15   6:15   ☑ AM   ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☑ Yes   ☐ No

4. Charges under which defendant has been booked:
   18  1349 & 1956 (h)

5. Offense charged is a:   ☑ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☑ No   ☐ Yes   Language: _____

7. Year of Birth: 1979

8. Defendant has retained counsel:   ☑ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Annette

10. Remarks (if any): _____

11. Name: Nicholas Christos   (please print)

12. Office Phone Number: 213 864 1856   13. Agency: IRS-CI

14. Signature: _____   15. Date: 5/28/15

CR-64 (2/14)   REPORT COMMENCING CRIMINAL ACTION

Mod AO 442 (09/13) Arrest Warrant    AUSA Name & Telno: Sarah E. Paul/Christian R. Everdell    212-637-2326/2556

## UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

15-0999M

United States of America
v.

Yong Jason Lee, a/k/a "Jason Lee"
*Defendant*

Case No. 15 Mag.

15 MAG 1771

### ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Yong Jason Lee, a/k/a "Jason Lee"
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 1349 (mail and wire fraud conspiracy)

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
2015 MAY 28 AM 10:55
FILED

Date: 05/26/2015

City and state: New York, NY

*Issuing officer's signature*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*

Case 1:15-cr-00616-KBF   Document 11   Filed 06/03/15   Page 13 of 19
Case 2:15-mj-00999-DUTY   Document 4   Filed 05/28/15   Page 1 of 5   Page ID #:38

Page 1 of 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, vs. Yong Jason Lee Defendant. | Western Division<br>Case Number: 2:15-MJ-00999<br>Initial App. Date: 05/28/2015<br>Initial App. Time: 2:00 PM<br><br>Date Filed: 05/28/2015<br>Violation: 18 USC 1349; 1956(h)<br>~~CourtSmart~~/ Reporter: Carol Zurborg | UNDER SEAL<br>Out of District Affidavit<br>Custody |
|---|---|---|
| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Carla Woehrle | | CALENDAR/PROCEEDINGS SHEET<br>LOCAL/OUT-OF-DISTRICT CASE |

PRESENT:  Krause, Marc              Julian Andres              None
          *Deputy Clerk*      *Assistant U.S. Attorney*    *Interpreter/Language*

☐ INITIAL APPEARANCE NOT HELD - CONTINUED
☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
  ☐ preliminary hearing OR ☑ removal hearing / Rule 20.
☑ Defendant states true name ☐ is as charged ☑ is __Jason Yonguk Lee__
☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed
  to file all future documents reflecting the true name as stated on the record.
☑ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered SEALED.
☑ Attorney: __Antonio Francisco Yoon__, Panel ☑ Appointed ☐ Prev. Appointed ☑ Poss. Contribution (see separate order) Just for proceedings
  ☐ Special appearance by: _____   in this Court. Defendant
☐ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED  will contribute $500 a
☐ Defendant is ordered: ☐ Permanently Detained ☐ Temporarily Detained (see separate order).  month for appointed
☑ BAIL FIXED AT $ __150,000__  (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS) counsel
☑ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☑ GRANTED ☐ DENIED  counsel
☐ Preliminary Hearing waived.                                                              (see other)

☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for
  the setting of all further proceedings.
☐ PO/PSA WARRANT ☐ Counsel are directed to contact the clerk for
  District Judge _____ for the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 4:30 PM _____
☐ PIA set for: _____ at 1:00PM in LA; at 9:30 AM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☑ Defendant executed Waiver of Rights. ☐ Process received.
☑ Court ORDERS defendant Held to Answer to __Southern__ District of __New York__
  ☑ Bond to transfer, if bail is posted. Defendant to report on or before ~~Report~~ June 15, 2015, Report to PSA in
  ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____ charging
  ☐ Warrant of removal and final commitment are ordered stayed until _____                              District
☐ Case continued to (Date) _____ (Time) _____ AM / PM
  Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
  Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____
☐ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☑ RELEASE ORDER NO: __37009__
☑ Other: __Appointment of counsel to be revisited in Charging District__
       ☑ PSA ☐ USPO            ☑ FINANCIAL              ☑ READY
                                                        Deputy Clerk Initials __MK__
                                                                              : 15

M-5 (10/13)                CALENDAR/PROCEEDING SHEET - LOCAL/OUT-OF-DISTRICT CASE                Page 1 of 1

5/28/2015

# UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

Case Name: United States of America v. **Jason Yonguk Lee**    Case No. **15mj00999**

☑ Defendant   ☐ Material Witness

Violation of Title and Section: **18 USC 1349**

☐ Summons   ☑ Out of District   ☐ Under Seal   ☐ Modified Date: _____

| | | |
|---|---|---|
| ☐ Personal Recognizance (*Signature Only*) | ☑ Affidavit of Surety With Justification (*Form CR-3*) Signed by: | Release No. **37009** |
| ☐ Unsecured Appearance Bond $_____ | **$50,000, signed by wife** ~~Yong ib Lee~~ **Ji Hye Lee** | ☐ Release to Pretrial ONLY |
| ☑ Appearance Bond $**150,000** | ☑ With Full Deeding of Property | ☐ Release to Probation ONLY |
| ☐ Cash Deposit (*Amount or %*) | **850 N. Hudson Ave Apt 204, Los Angeles CA 90038** | ☑ Forthwith Release **with the CR-4 by Yong Ho Lee** |
| ☑ Affidavit of Surety Without Justification (*Form CR-4*) Signed by: $**100,000 Brother, Yong Ho Lee** | **★ Due June 11, 2015 close of business** | ☑ All Conditions of Bond ~~(Except Clearing Warrants Condition)~~ Must be Met and Posted by: **June 11, 2015 close of business for Deeding of Property** |
| | ☐ Collateral Bond in the Amount of (*Cash or Negotiable Securities*): $_____ | ☐ Third-Party Custody Affidavit (*Form CR-31*) |
| | ☐ Corporate Surety Bond in the Amount of: $_____ | ☑ Bail Fixed by Court: **CAS / ML** (Judge / Clerk's Initials) |

## PRECONDITIONS TO RELEASE

☐ The government has requested a <u>Nebbia</u> hearing under 18 U.S.C. § 3142(g)(4).

☐ The Court has ordered a <u>Nebbia</u> hearing under § 3142 (g)(4).

☐ The <u>Nebbia</u> hearing is set for _____ at _____ ☐ a.m. ☐ p.m.

## ADDITIONAL CONDITIONS OF RELEASE

In addition to the GENERAL CONDITIONS of RELEASE, the following conditions of release are imposed upon you:

☑ Submit to: ☑ Pretrial Services Agency (PSA) supervision as directed by PSA; ☐ Probation (USPO) supervision as directed by USPO. (*The agency indicated above, PSA or USPO, will be referred to below as "Supervising Agency."*)

☑ Surrender all passports and travel documents to Supervising Agency no later than _____, sign a Declaration re Passport and Other Travel Documents (*Form CR-37*), and do not apply for a passport or other travel document during the pendency of this case.

☑ Travel is restricted to **Central District of California, Southern and Eastern District of New York** unless prior permission is granted by Supervising Agency to travel to a specific other location. Court permission is required for international travel.

☐ Reside as approved by Supervising Agency and do not relocate without prior permission from Supervising Agency.

☐ Maintain or actively seek employment and provide proof to Supervising Agency. ☐ Employment to be approved by Supervising Agency.

☐ Maintain or begin an educational program and provide proof to Supervising Agency.

Defendant's Initials: **JL**    Date: **5/28/15**

CR-1 (05/15)    CENTRAL DISTRICT OF CALIFORNIA RELEASE ORDER AND BOND FORM    PAGE 1 OF 4

Case Name: United States of America v. Jason Tongul Lee   Case No. 15mj0999

☒ Defendant  ☐ Material Witness

☒ Avoid all contact, directly or indirectly (including by any electronic means), with any person who is a known victim or witness in the subject investigation or prosecution, ☐ including but not limited to _____ _____; ☒ except w/ counsel _____.

☐ Avoid all contact, directly or indirectly (including by any electronic means), with any known codefendants except in the presence of counsel. Notwithstanding this provision, you may contact the following codefendants without your counsel present: _____.

☐ Do not possess any firearms, ammunition, destructive devices, or other dangerous weapons. ☐ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Do not use or possess any identification, mail matter, access device, or any identification-related material other than in your own legal or true name without prior permission from Supervising Agency. ☐ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Do not engage in telemarketing.

☐ Do not sell, transfer, or give away any asset valued at $ _____ or more without notifying and obtaining permission from the Court, except _____.

☐ Do not engage in tax preparation for others.

☐ Do not use alcohol.

☐ Participate in the electronic remote alcohol monitoring program as directed by Supervising Agency and abide by all the rules and requirements of the program. You must pay all or part of the costs for treatment based upon your ability to pay as determined by Supervising Agency.

☐ Do not use or possess illegal drugs or state-authorized medical marijuana, and do not use any synthetic substance for purposes of intoxication. ☐ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Submit to: ☐ drug and/or ☐ alcohol testing. If directed to do so, participate in outpatient treatment approved by Supervising Agency. You must pay all or part of the costs for testing and treatment based upon your ability to pay as determined by Supervising Agency.

☐ Participate in residential ☐ drug and/or ☐ alcohol treatment as directed by Supervising Agency. You must pay all or part of the costs of treatment based upon your ability to pay as determined by Supervising Agency. ☐ Release to PSA only ☐ Release to USPO only

☐ Submit to a mental health evaluation. If directed to do so, participate in mental health counseling and/or treatment approved by Supervising Agency. You must pay all or part of the costs based upon your ability to pay as determined by Supervising Agency.

☐ Participate in the Location Monitoring Program and abide by all of the requirements of the program, under the direction of Supervising Agency, which ☐ will or ☐ will not include a location monitoring bracelet. You must pay all or part of the costs of the program based upon your ability to pay as determined by Supervising Agency. You must be financially responsible for any lost or damaged equipment.

☐ Location monitoring only - no residential restrictions;

-or-

☐ You are restricted to your residence every day:

☐ from _____ ☐ a.m. ☐ p.m. to _____ ☐ a.m. ☐ p.m.

☐ as directed by Supervising Agency;

-or-

☐ You are restricted to your residence at all times except for medical needs or treatment, attorney visits, court appearances, and _____, all of which must be preapproved by Supervising Agency;

☐ Release to PSA only  ☐ Release to USPO only   Defendant's Initials: JL  Date: 5/28/15

CR-1 (05/15)   CENTRAL DISTRICT OF CALIFORNIA RELEASE ORDER AND BOND FORM   PAGE 2 OF 4

Case Name: United States of America v. Jacob Jinyuk Lee  Case No. 15 MJ 900414

☒ Defendant ☐ Material Witness

☐ You are placed in the third-party custody (*Form CR-31*) of _____.

☐ Clear outstanding ☐ warrants or ☐ DMV and traffic violations and provide proof to Supervising Agency within ____ days of release from custody.

☐ Do not possess or have access to, in the home, the workplace, or any other location, any device that offers internet access except as approved by Supervising Agency. ☐ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Do not associate or have verbal, written, telephonic, electronic, or any other communication with any person who is less than the age of 18 except in the presence of a parent or legal guardian of the minor.

☐ Do not loiter or be found within 100 feet of any schoolyard, park, playground, arcade, or other place primarily used by children under the age of 18.

☐ Do not be employed by, affiliated with, own, control, or otherwise participate directly or indirectly in the operation of any daycare facility, school, or other organization dealing with the care, custody, or control of children under the age of 18.

☐ Do not view or possess child pornography or child erotica. ☐ In order to determine compliance, you agree to submit to a search of your person and/or property, including computer hardware and software, by Supervising Agency in conjunction with the U.S. Marshal.

☐ Other conditions:

_____
_____
_____
_____
_____
_____

## GENERAL CONDITIONS OF RELEASE

I will appear in person in accordance with any and all directions and orders relating to my appearance in the above entitled matter as may be given or issued by the Court or any judicial officer thereof, in that Court or before any Magistrate Judge thereof, or in any other United States District Court to which I may be removed or to which the case may be transferred.

I will abide by any judgment entered in this matter by surrendering myself to serve any sentence imposed and will obey any order or direction in connection with such judgment as the Court may prescribe.

I will immediately inform my counsel of any change in my contact information, including my residence address and telephone number, so that I may be reached at all times.

I will not commit a federal, state, or local crime during the period of release.

I will not intimidate any witness, juror, or officer of the court or obstruct the criminal investigation in this case. Additionally, I will not tamper with, harass, or retaliate against any alleged witness, victim, or informant in this case. I understand that if I do so, I may be subject to further prosecution under the applicable statutes.

I will cooperate in the collection of a DNA sample under 42 U.S.C. § 14135a.

Defendant's Initials: JL  Date: 5/28/15

Case Name: United States of America v. Jason Yongyuk Cho    Case No. 15 MJ 0099

☒ Defendant   ☐ Material Witness

## ACKNOWLEDGMENT OF DEFENDANT/MATERIAL WITNESS

As a condition of my release on this bond, pursuant to Title 18 of the United States Code, I have read or have had interpreted to me and understand the general conditions of release, the preconditions, and the additional conditions of release and agree to comply with all conditions of release imposed on me and to be bound by the provisions of Local Criminal Rule 46-6.

Furthermore, it is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which will continue in full force and effect until such time as duly exonerated.

I understand that violation of any of the general and/or additional conditions of release of this bond may result in a revocation of release, an order of detention, and a new prosecution for an additional offense which could result in a term of imprisonment and/or fine.

I further understand that if I fail to obey and perform any of the general and/or additional conditions of release of this bond, this bond may be forfeited to the United States of America. If said forfeiture is not set aside, judgment may be summarily entered in this Court against me and each surety, jointly and severally, for the bond amount, together with interest and costs. Execution of the judgment may be issued or payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States, and any cash or real or personal property or the collateral previously posted in connection with this bond may be forfeited.

_5/28/15_    _[signature]_    _213 726-3707_
Date    Defendant / Material Witness' Signature    Telephone Number

_Los Angeles, CA_
City and State (DO NOT INCLUDE ZIP CODE)

☐ Check if interpreter is used: I have interpreted into the _____ language this entire form and have been told by the defendant that he or she understands all of it.

_____    _____
Interpreter's Signature    Date

Approved: _____    _____
United States District Judge / Magistrate Judge    Date

If cash deposited: Receipt # _____ for $ _____

(This bond may require surety agreements and affidavits pursuant to Local Criminal Rule 46.)

Defendant's Initials: _JU_   Date: _5/28/15_

FILED
CLERK, U.S. DISTRICT COURT
MAY 28 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. JASON YONGUK LEE DEFENDANT. | CASE NUMBER: 15 MJ 999 ~~15 MA 1771~~ |
|---|---|
| | WAIVER OF RIGHTS (OUT OF DISTRICT CASES) |

I understand that charges are pending in the **Southern** District of **New York** alleging violation of **18 U.S.C. 1349**
(Title and Section / Probation / Supervised Release)
and that I have been arrested in this district and taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

(1) have an identity hearing to determine whether I am the person named in the charges;
(2) receive a copy of the charge(s) against me;

-*Check one only*-

☐ **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**
(3) have a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
(4) request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☐ **PROBATION OR SUPERVISED RELEASE CASES:**
(3) have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

☑ have an identity hearing
☐ receive a copy of the charges(s) against me
☐ have a preliminary examination
☐ have an identity hearing, and I have been informed that I have no right to a preliminary examination
☑ have an identity hearing, but I request that a preliminary examination be held in the prosecuting district

_____
Defendant

_____
Defense Counsel

Date: 5/28/15

_____
United States Magistrate Judge

M-14 (03/03)  WAIVER OF RIGHTS (OUT OF DISTRICT CASES)



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:15-MJ-00999 |
| v. | |
| Jason Yonguk Lee | **ORDER FOR CONTRIBUTION TOWARDS ATTORNEY'S FEES** |
| DEFENDANT(S). | 18 USC §3006A(f) |

On ___May 28, 2015___ defendant ___Christopher Goff___

☑ submitted a financial affidavit in support of defendant's request for appointment of counsel without payment of fees. After review of the affidavit, the court finds that the defendant has the present ability to make a contribution towards his/her attorney's fees.

☐ did not submit a financial affidavit, but appeared without counsel.

Subject to this order of contribution, the Court hereby appoints ___Antonio Francisco Yoon___ as counsel for the defendant

☐ until further notice.
☑ for these proceedings only.

The defendant is ordered to pay towards attorney's fees in accordance with the schedule of payments set forth below:

☐ A total sum of $_____
  ☐ due not later than_____
  ☐ due in monthly payments of $_____ beginning _____.

☑ Monthly payments of $ 500.00 to commence on ___May 28, 2015___ and to continue until final disposition of this case.

☑ Other ___Appointment of counsel to be revisited in the charging district.___

All cashier's checks and/or money orders must be made payable to: **CLERK, U.S. DISTRICT COURT** and mailed to: United States District Court, Central District of California, 312 N. Spring Street, Room G-8, Los Angeles, California 90012, Attn: Fiscal Section. Your name and case number must be included on the cashier's check or money order.

This order is subject to reconsideration by the Court. The defendant is advised that he/she may be required, based upon his/her then present ability, to contribute a greater or lesser amount of money for attorney's fees upon reconsideration by the Court.

___May 29, 2015___                    _____[signature]_____
Dated                                  ~~United States District Judge~~ / Magistrate Judge

cc: *Clerk's Office, Fiscal Section*
    *CJA*
    *FPD*
    *PSA*

CR-26 (07/05)            **ORDER FOR CONTRIBUTION TOWARDS ATTORNEY'S FEES**