# UNITED STATES DISTRICT COURT
for the
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| - against - | ) | 15 Cr. 616 (KBF) |
| | ) | |
| JASON LEE, | ) | |
| Defendant. | ) | |

### APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for: the defendant, JASON LEE.

Date:   December 20, 2017

/s/ *Richard J. Ma*
Richard J. Ma
State Bar #2810877
315 Broadway, Suite 200
New York, New York 10007
richardma@maparklaw.com
P:  (212) 431-6938
F:  (212) 233-6937