USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/16/2021__

LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
anthonycecutti@gmail.com

September 15, 2021

**BY ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: United States v. Jason Lee, S3 15 Cr. 616 (AT)**

Dear Judge Torres:

I represented Jason Lee in the above-referenced matter, having been appointed on May 17, 2017, pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A.

Mr. Lee was arrested on or about May 26, 2015, in California. Presentment in this District occurred on June 15, 2015. Mr. Lee was released pursuant to an agreed upon set of conditions, including a $150,000 personal recognizance bond, secured by his property with equity of $50,000, travel restrictions and pretrial supervision. A lien was subsequently filed on his property in California. After pleading guilty to a misdemeanor offense, he was sentenced on June 4, 2018, to six months' incarceration and one-year supervision.

I write, with the consent of the Government, to respectfully request that all conditions of his bond be exonerated, including the lien on his property (850 N. Hudson Ave, Apt 204, Los Angeles, CA 90038).

Respectfully submitted,

/s/

Anthony Cecutti, Esq.

GRANTED.

SO ORDERED.

Dated: September 16, 2021
       New York, New York

ANALISA TORRES
United States District Judge